**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 623 MAL 2019

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v. :

JAMES EDWARD SMITH, :

Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.